THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINSTON A. SINGLETON, Appellant.—

---

2. The evidence was that Kend realized between $75,000 and $1,000,000 from the sale of the stock.

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.